# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DONALD ROBINSON,

    Plaintiff,

v.                                         CASE NO. 4:17cv71-RH/CAS

JOHN DOE POLICE OFFICER,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12, and the objections, ECF No. 13. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on May 18, 2017.

                                          s/Robert L. Hinkle
                                          United States District Judge